FILED
CLERK, U.S. DISTRICT COURT

APR 27 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-MJ-1662 |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [18 U.S.C. §§ 3143(a), 3148(b)] |
| ROBYN LEE GARRISON, | |
| Defendant. | |

I.

On April 27, 2022, Defendant Robyn Lee Garrison made her initial appearance – by consent to video teleconference - in this district following her arrest on a bench warrant issued in the Southern District of California on April 19, 2022, for alleged violations of the terms and conditions of pretrial release. Deputy Federal Public Defender Christy O'Connor was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Angela

Makabali. Defendant submitted on the recommendation of detention in the Pretrial Services Report.

II.

The Court has reviewed the files and records in this matter, including the Petition for Warrant for Defendant on Pretrial Release dated April 19, 2022, and the report prepared by the Pretrial Services Agency dated April 27, 2022, and its recommendation of detention.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release, which include use of methamphetamine and heroin and failure to complete a residential drug treatment program as alleged in the petition for action on conditions of pretrial release and warrant for arrest issued by the District Court for the Southern District of California.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the Defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of California forthwith.

<u>The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and provide this information to DFPD O'Connor so that they may monitor the status of defendant's transportation to, and arrival in, the charging district for her next appearance.</u>

Dated: April 27, 2022

                                              /s/
                                    ALKA SAGAR
                                UNITED STATES MAGISTRATE JUDGE